510 A.2d 350

**George CHARLES, Appellant,**

**v.**

**GIANT EAGLE MARKETS**

**v.**

**STANLEY MAGIC DOOR, INC., and JED Doors.**

Supreme Court of Pennsylvania.

Argued Sept. 19, 1985.

Decided June 27, 1986.

530

Peter J. Mansmann, Mansmann, Beggy & Campbell, Pittsburgh, Richard C. Angino and Neil J. Rovner, Pennsylvania Trial Lawyers Ass'n, Harrisburg, for appellant.

Robert S. Garrett, Pittsburgh, for Stanley Magic Door, Inc. and JED Doors.

John Newborg, Pittsburgh, for Giant Eagle Markets.

Before NIX, C.J., and LARSEN, McDERMOTT, HUTCHINSON, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

AND NOW, this 27th day of June, 1986, the Court, sua sponte, orders that the above matter be reargued during the September 1986 Session in Pittsburgh.

FLAHERTY, J., did not participate in the consideration or decision of this matter.